Christopher B. Hadley (Utah Bar No. 14055)
Timothy B. Smith (Utah Bar No. 8271)
JONES WALDO HOLBROOK & MCDONOUGH, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537
chadley@joneswaldo.com
tsmith@joneswaldo.com

Neil J. McNabnay (*pro hac vice*)
Noel F. Chakkalakal (*pro hac vice*)
Nan Lan (*pro hac vice to be filed*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
mcnabnay@fr.com
chakkalakal@fr.com
lan@fr.com
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*Attorneys for Defendant Automile, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AUTOMILE, INC.,**<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL**<br><br>**Case No: 2:21-CV-00523-DBP**<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |
|---|---|

Plaintiff Social Positioning Input Systems, LLC and Defendant Automile, Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all

1

claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: October 7, 2021

By: */s/ Christopher B. Hadley*
Christopher B. Hadley (Utah Bar. No. 14055)
JONES WALDO HOLBROOK & McDONOUGH PC
Neil J. McNabnay (*pro hac vice*)
Noel F. Chakkalakal (*pro hac vice*)
Nan Lan (pro hac vice to be filed)
FISH & RICHARDSON P.C

**ATTORNEYS FOR DEFENDANT AUTOMILE, INC.**

By: */s/Geoffrey E. Dobbin*
Geoffrey E. Dobbin
Geoff@DobbinIPLaw.com
UT Bar #9371
DOBBIN IP LAW, P.C.
Attorney for Defendant
2250 S Redwood Road, Suite 5
West Valley City, UT 84119-1355
801-969-6609

JAY JOHNSON, *pro hac vice to be filed*
jay@kjpllc.com
TX State Bar No. 24067322
D. BRADLEY KIZZIA, *pro hac vice to be filed*
bkizzia@kjpllc.com
TX State Bar No. 11547550
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
214-451-0164
Fax: 214-451-0165

**ATTORNEYS FOR PLAINTIFF SOCIAL POSITIONING INPUT SYSTEMS, LLC**

2

CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2021, a copy of the foregoing document entitled **JOINT STIPULATION OF DISMISSAL** was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Geoffrey E. Dobbin
Geoff@DobbinIPLaw.com
UT Bar #9371
DOBBIN IP LAW, P.C.
Attorney for Defendant
2250 S. Redwood Rd., Suite 5
West Valley City, UT 84119-1355
801-969-6609

Jay Johnson, *pro hac vice to be filed*
jay@kjpllc.com
TX State Bar #24067322
D. Bradley Kizzia, *pro hac vice to be filed*
bkizzia@kjpllc.com
TX State Bar #11547550
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
214-451-0164
Fax: 214-451-0165

                                                  */s/ Elizabeth M. Thompson*
                                                  An employee of Jones Waldo Holbrook
                                                  & McDonough, PC