FILED
2021 OCT 8 AM 9:39
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AUTOMILE, INC.,**<br><br>Defendant. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>Case No: 2:21-cv-00523-DBP<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE**<br><br>**Magistrate Judge Dustin B. Pead** |

The Court having examined the foregoing Stipulation of Dismissal in the above-captioned matter filed by the parties seeking the dismissal of Plaintiff Social Positioning Input Systems, LLC's claims.

The Court **GRANTS** the Stipulation. (ECF No. 18.)

Accordingly, **IT IS ORDERED**:

1. The Stipulation of Dismissal of Plaintiff Social Positioning Input Systems, LLC's Complaint with prejudice is **GRANTED**.

2. The Stipulation of Dismissal of Defendant and Counterclaimant, Automile, Inc.'s Counterclaims without prejudice is **GRANTED**.

3. Each party is to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: October 8, 2021.

_____
Dustin B. Pead
United States Magistrate Judge

1